UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.: 05-CR-50033-1FL

vs.        HON. PAUL V. GADOLA
        MAG. JUDGE WALLACE CAPEL, JR.

TAMIKA ROCHELLE FIELDS,

        Defendant.

_____/

**ORDER OF DETENTION
PENDING REVOCATION PROCEEDINGS**

The Defendant appeared before the Court on August 29, 2005, based upon a Petition and Warrant for violation of her conditions of supervised release, filed on August 15, 2005.

The Defendant is charged with violation of the Standard Condition by testing positive for the use of cocaine and marijuana; violation of Standard Condition No. 7 by using alcohol; violation of Standard Condition No. 11 for failure to notify the probation officer that she was arrested and charged with operating a vehicle while intoxicated; and violation of Special Condition No. 3 by testing positive for the use of illegal drugs and for failure to appear for her substance abuse treatment appointments.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on November 26, 2003. The report indicates that the Defendant tested positive for the use of illegal drugs on a number of occasions after her referral for drug treatment at the Sacred Heart Rehabilitation Center. Further, she failed to appear for two of her substance abuse counseling appointments. She was subsequently discharged from that program. She was also referred to the Insight Recovery Center, Flint, Michigan, where she failed to keep her appointments.

She has also been arrested and convicted of operating a vehicle while intoxicated and for driving a vehicle while her license was suspended.

Based upon the information presented at the hearing, it appears that the Defendant has continued to use illegal substances and to abuse alcohol while under supervision. Furthermore, the Court finds that the Defendant poses a danger to the community due to her continued use of illegal substances and alcohol.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: August 31, 2005**               s/ Wallace Capel, Jr.
                                         **WALLACE CAPEL, JR.**
                                         **United States Magistrate Judge**


**CERTIFICATE OF SERVICE**

I hereby certify that on **August 31, 2005**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Robert Haviland, AUSA, David A. Koelzer, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                         s/ James P. Peltier
                                         James P. Peltier
                                         Courtroom Deputy Clerk
                                         U.S. District Court
                                         600 Church St.
                                         Flint, MI 48502
                                         810-341-7850